Name: DERRION M. GIBSON

Address: 523 W. 55TH ST.

LOS ANGELES, CA. 90037

Phone: 213-649-7139

Fax:

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

JUN - 2 2023

CENTRAL DISTRICT OF CALIFORNIA
BY EEE            DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DERRION M. GIBSON

                                  Plaintiff

        v.

LOS ANGELES POLICE DEPARTMENT

                                  Defendant(s).

CASE NUMBER:

LACV23-04308-SSS(MAA)

CIVIL RIGHTS COMPLAINT

THE LOS ANGELES POLICE DEPARTMENT REFUSED TO ADHERE TO SECTION 236.5 OF THE CALIFORNIA PENAL CODE WHICH REQUIRES THEM TO INVESTIGATE WHEN REQUESTED TO INVESTIGATE HUMAN TRAFFICKING BY THE VICTIM. UNDER CALIFORNIA PENAL CODE SECTION 236.1(A), I'M A HUMAN TRAFFICKING VICTIM AS MY CIVIL LIBERTIES ARE RESTRICTED AND I HAVE SERVICE ABSTRACTED FROM ME.

I WAS DENIED SERVICE TWICE WITH THE SECOND TIME BEING BY SGT. COOKE OF LAPD'S 77TH DIVISION STATION. AT ABOUT 930 PM ON JUNE 1ST, 2023, HE TOLD ME THAT MY SITUATION IS "NOT REAL" AND THAT THERE WAS "NOTHING (HE) COULD TAKE A REPORT ON.

CV-127 (09/09)                    **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

THIS IS A VIOLATION OF MY CIVIL RIGHTS AND 14TH AMENDMENT, WHICH OFFERS ME EQUAL PROTECT PROTECTION. THIS HAS CAUSED THE FILING OF A CIVIL SUIT UNDER US CODE: TITLE 42, SECTION 1983.

JUNE 2, 2023

